UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLIED WORLD SURPLUS LINES INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> HOFFMAN INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | No. 19-CV-7073 (KMK) <br><br> ORDER |

KENNETH M. KARAS, United States District Judge:

Plaintiff is directed to file a brief letter informing the Court of the date on which Plaintiff made its payment of $2,428,929.92 to Tappan Zee Constructors ("TZC"). (*See* Dkt. No. 1, Ex. A ¶ 35.) Plaintiff may also explain, briefly, what effect this date has on the question of whether TZC's prosecution of its own parallel claim waives Plaintiff's right to enforce any forum selection clause.

Plaintiff's letter shall not exceed a single page, and is due no later than Wednesday, December 11, 2019 at 3 p.m.

SO ORDERED.

Dated: December 9, 2019
White Plains, New York

KENNETH M. KARAS
United States District Judge