UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLIED WORLD SURPLUS LINES INS. CO.,

    Plaintiff,

v.

HOFFMAN INTL. INC, *et al*

    Defendants.

Case No. 19-CV-7073 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

For the reasons stated on the record at the oral argument on December 12, 2019, the Court denies Plaintiff's Motion To Remand To State Court.

The Clerk of Court is directed to terminate the pending Motion, (Dkt. No. 11).

SO ORDERED.

DATED:    December 12, 2019
            White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE