UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY,

                                                      ORDER
                Plaintiff,

v.                                          19-cv-07073 (PMH)

HOFFMAN INTERNATIONAL, INC., et al.,

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      In light of the parties' stated intent to consent to the referral of this case to Magistrate Judge McCarthy to conduct all proceedings and order the entry of a final judgment pursuant to 28 U.S.C. § 626(c) and Fed. R. Civ. P. 73, the pre-motion conference previously scheduled to be held before me on June 3, 2020 is hereby cancelled.

      The parties are directed to correct and re-file the notice, consent and reference (Doc. 63), by adding the names of the third-party defendants to the notice by 6/5/20.

SO ORDERED:

Dated:  New York, New York
           June 2, 2020

                                                   Philip M. Halpern
                                                   United States District Judge