UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY,

                              Plaintiff,                    **ORDER**

         -against-                                          19 Civ. 7073 (JCM)

HOFFMAN INTERNATIONAL INC., *et al.*,

                              Defendants.
-------------------------------------------------------------X

On October 30, 2020, the parties informed the Court that they had reached a settlement in

the above-captioned matter. Therefore, it is hereby

ORDERED, that this action be and hereby is discontinued with prejudice but without costs

to any party; provided, however, that if settlement is not consummated within forty-five (45) days

of the date of this order, plaintiff may apply by letter within the forty-five-day period for restoration

of the action to the calendar of the undersigned, in which event the action will be restored.

To be clear, any application to reopen must be filed within forty-five (45) days of this

Order; any application to reopen filed thereafter may be denied solely on that basis.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for

purposes of enforcing any settlement agreement, they must submit the settlement agreement to the

Court within forty-five (45) days with a request that the agreement be "So Ordered" by the Court.

Dated:  October 30, 2020
         White Plains, New York

                                        **SO ORDERED:**

                                        _Judith C. McCarthy_____
                                        JUDITH C. McCARTHY
                                        United States Magistrate Judge